■ In the Matter of the Estate of SUSIE SANGIAMO, Deceased. JERRY SANGIAMO, Appellant; ROCCO SANGIAMO, Respondent.—In a proceeding pursuant to SCPA 2205 to compel Rocco Sangiamo to settle his account as administrator of the estate of Susie Sangiamo, petitioner appeals from an order of the Surrogate's Court, Kings County (Bloom, S.), dated March 11, 1985, which dismissed the petition.

Order affirmed, with costs payable by appellant personally.

We find there was no abuse of discretion by the Surrogate in dismissing the petition. Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.